# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO R. GUZMAN, individually and on behalf of all others similarly situated,<br><br>v.                            Plaintiff(s)<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-04010-TJH-AFMx<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Vlahakis, James C.       of    Sulaiman Law Group, Ltd.
*Applicant's Name (Last Name, First Name & Middle Initial)*    2500 South Highland Avenue, Suite 200
(630) 575-8181       (630) 575-8188    Lombard, IL 60148
*Telephone Number*   *Fax Number*
jvlahakis@sulaimanlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Francisco R. Guzman

☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:
*Name(s) of Party(ies) Represented*

and designating as Local Counsel

Wajda, Nicholas M.       of    Wajda Law Group, APC
*Designee's Name (Last Name, First Name & Middle Initial)*    6167 Bristol Parkway, Suite 200
259178    (310) 997-0471    (866) 286-8433    Culver City, CA 90230
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
nick@wajdalawgroup.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
       ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
       ☐ for failure to complete Application: _____
       ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
       ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
       ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  June 10, 2020                                 /s/ Terry J. Hatter, Jr.
                                                         U.S. District Judge

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1