**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
*PRO HAC VICE*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO R. GUZMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:20-cv-04010-TJH-AFM<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Francisco R. Guzman and Defendant Midland Credit Management, Inc., acting through their counsel, hereby stipulate that:

1. Plaintiff's individual claims are dismissed with prejudice;

2. the claims of the putative class members are dismissed without prejudice; and

3. each party will bear its or his own attorney's fees and costs.

Respectfully submitted,

/s/ *James C. Vlahakis*
James C. Vlahakis, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
*PRO HAC VICE*

/s/ *Leah S. Strickland (with consent)*
Thomas F. Landers
Leah S. Strickland
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
lstrickland@swsslaw.com
tlanders@swsslaw.com

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4 of Central District of California, I hereby certify that the content of this document is acceptable to the attorney for Midland Credit Management, Inc. and that I have obtained Leah S. Strickland's authorization to affix her electronic signature to this document.

DATED: March 24, 2021         SULAIMAN LAW GROUP, LTD.

                              By: /s/ James C. Vlahakis
                                  James C. Vlahakis, Esq.
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                            */s/ James C. Vlahakis*
                                            James C. Vlahakis
                                            *Attorney for Plaintiff*