**SULAIMAN LAW GROUP, LTD.**
James C. Vlahakis (Illinois State Bar No. 6230459)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Email: jvlahakis@sulaimanlaw.com
*Attorney for Plaintiff*
*PRO HAC VICE*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO R. GUZMAN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>          Defendant. | Case No. 2:20-cv-04010-TJH-AFMx<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL [JS-6]** |

Plaintiff Francisco R. Guzman and Defendant Midland Credit Management, Inc., through counsel, having filed their Joint Stipulation of Dismissal and this Court having reviewed the same, hereby ORDERED:

1. Plaintiff's individual claims are dismissed with prejudice;

2. the claims of the putative class members are dismissed without prejudice; and

3. each party will bear its or his own attorney's fees and costs.

DATED: APRIL 8, 2021

_____
HON. CONSUELO B. MARSHALL
United States District Judge